IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Harris, Jerry | Case Number:  08 B 13668 |
| | Judge:  Hollis, Pamela S |
| Printed: 12/10/08 | Filed:  5/29/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 27, 2008
Confirmed: July 28, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 100.00 | |
| Secured: | | 93.40 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 6.60 |
| Other Funds: | | 0.00 |
| Totals: | 100.00 | 100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,324.00 | 0.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Fast Cash Advance | Secured | 0.00 | 0.00 |
| 4. | West Suburban Auto Sales | Secured | 2,022.42 | 93.40 |
| 5. | CitiMortgage Inc | Secured | 12,051.35 | 0.00 |
| 6. | Internal Revenue Service | Priority | 1,458.00 | 0.00 |
| 7. | Wachovia Dealer Services | Unsecured | 1,239.26 | 0.00 |
| 8. | PRA Receivables Management | Unsecured | 234.88 | 0.00 |
| 9. | RMI/MCSI | Unsecured | 60.00 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 3,953.02 | 0.00 |
| 11. | PRA Receivables Management | Unsecured | 92.31 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 47.78 | 0.00 |
| 13. | AmeriCash Loans, LLC | Unsecured | 103.95 | 0.00 |
| 14. | Premier Bankcard | Unsecured | 110.25 | 0.00 |
| 15. | First Premier | Unsecured | | No Claim Filed |
| 16. | First Premier | Unsecured | | No Claim Filed |
| 17. | Cingular Wireless | Unsecured | | No Claim Filed |
| 18. | Nicor Gas | Unsecured | | No Claim Filed |
| 19. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 20. | Sprint | Unsecured | | No Claim Filed |
| | | | $ 24,697.22 | $ 93.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.6% | 6.60 |
| | $ 6.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Harris, Jerry | Case Number:  08 B 13668 |
| | Judge:  Hollis, Pamela S |
| Printed: 12/10/08 | Filed:  5/29/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

